UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:20-cv-00771-CEH-JSS

PRIME TIME SPORTS GRILL, INC.,
d/b/a PRIME TIME SPORTS BAR,

    Plaintiff,

vs.

DTW 1991 UNDERWRITING LIMITED,
A CERTAIN INTERESTED UNDERWRITER AT
LLOYD'S LONDON,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Multi-district litigation:**
**MDL 2942 In Re: COVID-19 Business Interruption Protection Insurance Litigation**

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed and served on:

Cole, Scott & Kissane, P.A.
4301 W. Boy Scout Blvd., Ste. 400
Tampa, FL 33607

mark.tinker@csklegal.com
mason.bradford@csklegal.com
Counsel for Defendant

via the CM/ECF system.

*/s/ Hannah Austin*

HANNAH E. AUSTIN, ESQ.
Florida Bar No. 113231
Austin & Laurato, P.A.
1902 West Cass Street
Tampa, FL 33606-1232
Telephone: (813) 258-0624
Facsimile: (813) 258-4625
E-service: efile@austinlaurato.com
E-service: haustin@austinlaurato.com
Counsel for Plaintiff