# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

| | |
|---|---|
| PRIME TIME SPORTS GRILL, INC. D/B/A PRIME TIME SPORTS BAR </br></br>*Plaintiff* </br></br> v. </br></br> DTW1991 UNDERWRITING LIMITED, A CERTAIN INTERESTED UNDERWRITER AT LLOYD'S LONDON </br></br> *Defendant* | Civil Action No. 8:20-cv-00771-CEH-JSS |

**UNOPPOSED MOTION — DEFENDANT DTW1991 UNDERWRITING LIMITED'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY**

Pursuant to Middle District of Florida Rule 3.01(d), Defendant DTW1991 Underwriting Limited requests leave to file a four-page reply to Plaintiff's Response to the Motion to Dismiss, and states:

1. This is a declaratory judgment action concerning a question of insurance coverage under a Commercial Property policy. [Doc.6]. It thus presents a pure question of law for the Court. *AIX Specialty Ins. Co. v. Ashland 2 Partners, LLC*, 383 F. Supp. 3d 1334, 1337 (M.D. Fla. 2019) (citing *Gulf Tampa Drydock Co. v. Great Atl. Ins. Co.*, 757 F.2d 1172, 1174 (11th Cir. 1985)).

2. Defendant DTW1991 filed a Motion to Dismiss the lawsuit with prejudice, stating that—as a matter of law—Plaintiff Prime Time has not alleged, and cannot allege, any facts that fall within the coverage provided by that policy. [Doc.13]. DTW1991 has accordingly asked the Court to resolve the case based upon the Amended Complaint and its attachments. *Id.*

3. On May 11, 2020, the Court granted Prime Time leave to exceed the 20-page limit for its Response to that Motion, allowing it an extra five pages. [Doc.17].  Prime Time then filed its 25-page response that same day. [Doc.18].

4. DTW1991 now requests leave to file a short reply because Prime Time's Response to the Motion to Dismiss: (1) States that that portions of the policy not addressed in the Motion are relevant to the claim, and then proceeds to argue those provisions [Doc.18 at PageID 267–68]; (2) Raises an alternative argument of insured "property" that was not apparent on the face of the Amended Complaint and was therefore not previously addressed [Doc.18 at PageID 271–72, 274]; and (3) Raises a procedural issue regarding the propriety of the Court considering this matter on a 12(b)(6) motion. [Doc.18 at PageID 278–79].

5. Because those issues do not directly counter arguments raised in the Motion, but rather argue new or collateral matters, DTW1991 believes that a short reply would square the arguments and assist the Court with its understanding of the parties' positions and its analysis.

6. DTW1991 requests a total of four pages, inclusive of the case style/heading, for that reply.  The reply would not raise any new issues, nor would it re-hash maters already discussed.  As noted above, DTW1991 only seeks to square the arguments on the new issues Prime Time raised—matters not previously addressed.

WHEREFORE, Defendant DTW1991 Underwriting Limited respectfully requests that the Court grant it leave to file a four-page reply to the Response to the Motion to Dismiss.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 3.01(g), undersigned counsel states that the has conferred with counsel for Plaintiff Prime Time, Michael Laurato, Esq., and is authorized to represent that he has no objection to this request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically serve a copy on the following users registered with that system: **Hannah E. Austin, Esq.**, and **Michael V. Laurato, Esq.**, *Counsel for Prime Time Sports Bar*, Austin & Laurato, P.A., 1902 West Cass Street, Tampa, FL 33606, (813) 258-0624/(813) 258-4625(F), efile@austinlaurato.com, haustin@austinlaurato.com, and mlaurato@austinlaurato.com, on this May 13, 2020.

        **COLE, SCOTT & KISSANE, P.A.**
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, FL 33607
        Tel.: (813) 509-2613
        Fax: (813) 286-2900
        Primary e-mail: mark.tinker@csklegal.com
        Secondary: mason.bradford@csklegal.com
        *Trial Counsel for Underwriters*

        Mark D. Tinker, Esq., B.C.S.
        Florida Bar No.: 0585165