**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| PRIME TIME SPORTS GRILL, INC., d/b/a PRIME TIME SPORTS BAR,  )<br>)<br>*Plaintiff*    )<br>)<br>vs.    )<br>)<br>DTW1991 UNDERWRITING LIMITED,  )<br>A CERTAIN INTERESTED UNDERWRITER  )<br>AT LLOYD'S LONDON,    )<br>)<br>*Defendants*.    )<br>_____   ) | CASE NO: 8:20-cv-00771-CEH-JSS |

**FLORIDA RESTAURANT AND LODGING ASSOCIATION'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION TO APPEAR AS *AMICUS CURIAE* AND FILE A BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The Florida Restaurant and Lodging Association ("FRLA") respectfully submits this Motion for Leave to file a short Reply in further support of its pending Motion for Leave to Appear as *Amicus Curiae* and File a Brief in support of Plaintiff's Response [Doc. 25].

FRLA makes this request to clarify (quickly) a point made by Defendants in their "Consolidated Response" [Doc 26]. In its proposed Amicus Brief [Doc 25-1], FRLA cited, among other cases, the trial court ruling in *U.S. Airways v. Commonwealth Insurance Co.,* 64 Va. Cir. 40, WL 1094684 (Case No. 03–587, 2004) (Va. Cir. Ct. May 14, 2004), where the court found Civil Authority coverage for an airline for its business interruption losses resulting the U.S. government's closure of National Airport during the 9/11 attacks. In its Response, Defendant argues that FRLA did "neglected to mention that the Supreme Court of Virginia later reversed and remanded" this ruling. Doc 26 at 9, citing *PMA Capital Ins. Co. v. US Airways, Inc.*, 626 S.E. 2d 369, 374 (Va. 2006). Defendant gives the Court a misimpression. The indirect reversal (from

- 2 –

another trial court ruling) was on *other unrelated grounds* having to do with the *coverage* issue, *i.e.,* that the covered claim otherwise would be offset by government relief funds and so no actual payment was due by the insurer. *Id*. The Virginia Supreme Court explained: "After a thorough review of the Policy, we will assume, without deciding, that the trial court did not err in its conclusion that 'US Airways' claim for business interruption is covered by the Policy…." Defendant, however, left this Court the distinct misimpression that the trial court's coverage ruling was reversed. FRLA respectfully amends its citation to read *U.S. Airways v. Commonwealth Insurance Co.,* 64 Va. Cir. 40, WL 1094684 (Case No. 03–587, 2004) (Va. Cir. Ct. May 14, 2004), *rev'd on other grounds sub nom.*, *PMA Capital Ins. Co. v. US Airways, Inc.*, 626 S.E. 2d 369, 374 (Va. 2006).

Respectfully submitted,

/s/ *Jason S. Mazer*
Jason S. Mazer, Esq.
Florida Bar No. 0149871
CIMO MAZER MARK PLLC
100 Southeast Second Street Suite 3650
Miami, Florida 33131
Telephone: (305) 374-6481
Fax: (305) 374-6488
jmazer@cmmlawgroup.com

*Attorneys for Florida Lodging & Restaurant Association*

Counsel Assisting on the Brief:

Gary S. Thompson (D.C. Bar #435315)
THOMPSON HAMMERMAN DAVIS LLP
1015 15th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 256-9910
Fax: (202) 318-5356
gthompson@thompsonhd.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Jason S. Mazer*
Jason S. Mazer, Esq.
Florida Bar No. 0149871

## SERVICE LIST

| **Mark D. Tinker, Esq., B.C.S.** | **Hannah E. Austin, Esq.** |
|---|---|
| COLE, SCOTT & KISSANE, P.A. | **Michael V. Laurato, Esq.** |
| 4301 West Boy Scout Boulevard | Austin & Laurato, P.A. |
| Suite 400 | 1902 West Cass Street |
| Tampa, FL 33607 | Tampa, FL 33606 |
| Tel.: (813) 509-2613 | Tel: (813) 258-0624 |
| Fax: (813) 286-2900 | Fax: (813) 258-4625 |
| mark.tinker@csklegal.com | efile@austinlaurato.com |
| mason.bradford@csklegal.com | haustin@austinlaurato.com |
|  | mlaurato@austinlaurato.com |
| *Trial Counsel for Underwriters* | *Counsel for Prime Time Sports Bar* |