UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRIME TIME SPORTS GRILL, INC.,

    Plaintiff,

v.    Case No: 8:20-cv-771-T-36JSS

DTW 1991 UNDERWRITING LIMITED,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the Court's Orders to Show Cause, entered on April 3 and 17, 2020 (Docs. 5, 7). On April 8, 2020, Plaintiff filed an amended complaint (Doc. 6). Thereafter, Plaintiff filed a Response to the Orders to Show Cause (Doc. 8). After review of Plaintiff's amended complaint and response, the Court is satisfied that jurisdiction has been sufficiently alleged. Accordingly, the Court will take no further action on the Orders to Show Cause and they are discharged.

**DONE AND ORDERED** in Tampa, Florida on July 20, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY