# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CLERK'S MINUTES**
**Motions Hearing**

Case Number: 8:20-cv-771-T-36JSS

| | |
|---|---|
| **PRIME TIME SPORTS GRILL, INC.,** | **Plaintiff's Counsel:** Michael Vincent Laurato |
| **Plaintiff,** | |
| v. | |
| **DTW 1991 UNDERWRITING LIMITED,** | **Defense Counsel:** Mark D. Tinker |
| **Defendant.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | November 17, 2020 | Time:<br>Total: | 2:01 PM – 3:05 PM<br>1 hour 4 minutes |

Court in session and counsel identified for the record. All parties appeared via Zoom video conferencing.

The Court addressed counsel and heard argument on the following motions: *Defendant DTW1991 Underwriting Limited, A Certain Interested Person Underwriter at Lloyd's of London's Motion to Dismiss Pursuant to Rule 12(b)(6)* (Doc. 13) and *Defendant DTW1991 Underwriting Limited's Renewed Motion to Determine Subject Matter Jurisdiction* (Doc. 37).

*Defendant DTW1991 Underwriting Limited's Renewed Motion to Determine Subject Matter Jurisdiction* (Doc. 37) is DENIED without prejudice, for the reasons stated on the record.

*Defendant DTW1991 Underwriting Limited, A Certain Interested Person Underwriter at Lloyd's of London's Motion to Dismiss Pursuant to Rule 12(b)(6)* (Doc. 13) is taken under advisement for the reasons stated on the record.

The Court will issue a written Opinion.

Court adjourned.