UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
Notice Hearing

Case Number: 8:20-cv-771-T-36JSS

| **PRIME TIME SPORTS GRILL, INC.,** | Plaintiff's Counsel: Michael Vincent Laurato |
|---|---|
| Plaintiff, | |
| v. | |
| **DTW 1991 UNDERWRITING LIMITED,** | Defense Counsel: Armando Pedro Rubio |
| Defendant. | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | January 19, 2021 | Time: Total: | 3:00 PM – 3:50 PM 50 minutes |

Court in session and counsel identified for the record. All parties appeared via Zoom video conferencing for the hearing.

The Court addressed counsel and heard argument on *Defendant DTW 1991 Underwriting Limited's Notice of Lack of Jurisdiction* (Doc. 54).

The Court found that jurisdiction exists as to the parties to this case, Plaintiff Prime Time Sports Grill and Defendant DTW1991 Underwriting Limited. After consideration, the Court is satisfied that it has jurisdiction over this matter.

Court adjourned.